1   Eugenia S. Chern (SBN 215092)
    REED SMITH LLP
2   1999 Harrison Street, Suite 2400
    Oakland, CA  94612-3572
3
    **Mailing Address:**
4   P.O. Box 2084
    Oakland, CA  94604-2084
5
    Telephone:    510.763.2000
6   Facsimile:    510.273.8832
7   Attorneys for Defendant
    Principal Life Insurance Company, erroneously
8   denominated as Principal Financial Group, Inc.,
    dba Principal Life Insurance Company
9

10                  UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12

13   JOHN MUIR HEALTH, a California nonprofit       No. C07-01021 BZ
     corporation, d.b.a. JOHN MUIR MEDICAL
14   CENTER,                                        **STIPULATION AND [PROPOSED]
                                                    ORDER FOR DISMISSAL WITHOUT
15                Plaintiff,                        PREJUDICE**

16        vs.                                       Compl. Filed:    Dec. 20, 2006
                                                    Removal Date:    February 20, 2007
17   CALPINE CORPORATION, a Delaware for
     profit corporation; PRINCIPAL FINANCIAL
18   GROUP, INC., d.b.a. PRINCIPAL LIFE             Honorable Bernard Zimmerman
     INSURANCE COMPANY, a Delaware for profit
19   corporation; and DOES 1 THROUGH 25,
     INCLUSIVE,
20
                  Defendants.
21

22

23        IT IS HEREBY STIPULATED by and between plaintiff John Muir Health, dba John Muir

24   Medical Center, and defendant Principal Life Insurance Company, erroneously denominated as

25   Principal Financial Group, Inc. dba Principal Life Insurance Company, through their respective

26   counsel of record, that the Court may make and enter its order dismissing the above-captioned action

27   without prejudice as to all defendants in its entirety.

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    Defendant Calpine Corporation has filed for bankruptcy and has not appeared in this case,

2   but its consent is not necessary here as the effect of the stipulation is to dismiss it from the case.

3   Further, pursuant to Federal Rule of Civil Procedure 41(a)(1), no consent is necessary because

4   plaintiff may dismiss the action as of right given the fact that no answer or motion for summary

5   judgment has been filed in this matter.

6

7        DATED: March __5__, 2007.

8

9                                                    STEPHENSON, ACQUISTO & COLMAN

10

11                                                   By_____
                                                     Susan H. Hu
12                                                   Attorneys for Plaintiff John Muir Health
                                                     d.b.a. John Muir Medical Center
13        DATED: March __5__, 2007.

14

15                                                   REED SMITH LLP

16

17                                                   By_____
                                                     Eugenia S. Chern
18                                                   Attorneys for Defendant
                                                     Principal Life Insurance Company, erroneously
19                                                   denominated as Principal Financial Group, Inc., dba
                                                     Principal Life Insurance Company

20

21                                                   **ORDER**

22   PURSUANT TO STIPULATION, IT IS SO ORDERED.

23

24   Dated:_____March____, 2007.        _____
                                          BERNARD ZIMMERMAN
25                                        UNITED STATES MAGISTRATE JUDGE

26

27   DOCSOAK-9868030.1

28

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware